WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
LAW OFFICES OF WAUKEEN Q. McCOY
703 Market Street, Suite 1407
San Francisco, CA. 94103
Telephone: (415) 675-7705
Facsimile: (415) 675-2530

Attorney for Plaintiff
TONI BATTLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONI BATTLE, an individual;<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MOHAMMED NURU, an individual, and DOES 1-50;<br><br>　　　　　Defendants. | Case No. CV-09-5537 MHP<br><br>**STIPULATION TO DISMISS ALL FEDERAL CLAIMS AND REMOVE AND REMAND CASE BACK TO THE CALIFORNIA STATE COURT & [PROPOSED] ORDER** |

　　　Plaintiff TONI BATTLE and Defendants CITY AND COUNTY OF SAN FRANCISCO, and MOHAMMED NURU, by and through their counsel of record, represent and stipulate to the following:

　　　Plaintiff agrees to dismiss all federal claims with prejudice, including her claim under Title VII of the Civil Rights Act of 1964. Based on Plaintiff's dismissal of all federal claims, the parties agree that the case should be remanded back to the Superior Court of the State of California, County of San Francisco.

**Stipulation** 　　　　　　　　　　　　　　　　　1

1 | IT IS SO STIPULATED.
2 |
3 | DATED: January 27, 2010           */s/ Waukeen Q. McCoy*
  |                                  WAUKEEN Q. McCOY
4 |                                  Attorney for Plaintiff,
  |                                  TONI BATTLE
5 |
6 |
7 | DATED: January 27, 2010           */s/ Lisa Berkowitz*
  |                                  LISA BERKOWITZ
8 |                                  Attorney for Defendants,
  |                                  CCSF and MOHAMMED NURU
9 | The clerk of court shall transmit forthwith a certified copy of this order.   /s/ MHP

**IT IS SO ORDERED:**

Dated: 1/29/10

The Honorable Judge Marilyn H. Patel
United States District Court Judge