1 | WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
2 | LAW OFFICES OF WAUKEEN Q. McCOY
3 | 703 Market Street, Suite 1407
4 | San Francisco, CA. 94103
  | Telephone: (415) 675-7705
  | Facsimile: (415) 675-2530

Attorney for Plaintiff
TONI BATTLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TONI BATTLE, an individual; | Case No. CV-09-5537 MHP |
|---|---|
| Plaintiff, | **STIPULATION TO DISMISS ALL FEDERAL CLAIMS AND REMOVE AND REMAND CASE BACK TO THE CALIFORNIA STATE COURT & [~~PROPOSED~~] ORDER** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, MOHAMMED NURU, an individual, and DOES 1-50; | |
| Defendants. | |

  Plaintiff TONI BATTLE and Defendants CITY AND COUNTY OF SAN FRANCISCO, and MOHAMMED NURU, by and through their counsel of record, represent and stipulate to the following:

  Plaintiff agrees to dismiss all federal claims with prejudice, including her claim under Title VII of the Civil Rights Act of 1964. Based on Plaintiff's dismissal of all federal claims, the parties agree that the case should be remanded back to the Superior Court of the State of California, County of San Francisco.

**Stipulation**             1

1  IT IS SO STIPULATED.

DATED: January 27, 2010         /s/ Waukeen Q. McCoy
                                WAUKEEN Q. McCOY
                                Attorney for Plaintiff,
                                TONI BATTLE


DATED: January 27, 2010         /s/ Lisa Berkowitz
                                LISA BERKOWITZ
                                Attorney for Defendants,
                                CCSF and MOHAMMED NURU

The clerk of court shall transmit forthwith a certified copy of this order.   /s/ MHP


**IT IS SO ORDERED:**


Dated:  1/29/10

**IT IS SO ORDERED**

Judge Marilyn H. Patel

The Honorable
United States District Court Judge

**Stipulation**                             2